UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>HOWARD L HENDERSON<br><br>      Debtor. | Chapter 13<br><br>Case No. 09-46449 CEC<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS** |

      PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FOR AMERIQUEST MORTGAGE SECURITIES TRUST 2005-R 9, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R9

      This party is a party in interest in this case and is a secured creditor of the Debtor:

HOWARD L HENDERSON

      Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: August 13, 2009

                      FEIN, SUCH & CRANE, LLP
                      Attorneys for Applicant

          By:    /s/ MARK K. BROYLES, ESQ.

                      MARK K. BROYLES, ESQ.
                      (MB-5007)
                      28 EAST MAIN STREET,SUITE 1800
                      ROCHESTER, NY 14614
                      585/232-7400